# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| **NORMAN MILLINER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Case No. 07-04174-CV-C-NKL** |
| v. | ) |
| | ) |
| **NORTHPORT HEALTH SERVICES** | ) |
| **OF MISSOURI, LLC,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## CLERK'S ORDER OF DISMISSAL

On the 7th day of December, 2007, the Plaintiff have filed a Stipulation of Dismissal Without Prejudice (Doc. 26) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby

ORDERED that the above-captioned action be, and hereby is dismissed without prejudice.

AT THE DIRECTION OF THE COURT

Patricia Brune, Clerk

s/ Renea Kanies

By    Renea Kanies
       Courtroom Deputy

Date: December 10, 2007